IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMERICAN MEDICAL SYSTEMS, INC. )
and LASERSCOPE, )
)
Plaintiffs, )
) Civil Action No. _____
v. )
) **07 - 30109 - MAP**
BIOLITEC, INC., )
)
Defendant. )     FILING FEE PAID:
)     RECEIPT # 306586
)     AMOUNT $ 350.00
              BY DPTY CLK  MJT
              DATE  6/14/07

## COMPLAINT FOR PATENT INFRINGEMENT AND
## DEMAND FOR JURY TRIAL

Plaintiffs American Medical Systems, Inc. and Laserscope (collectively "Plaintiffs"), for their complaint against Defendant Biolitec, Inc. ("Biolitec"), allege as follows:

1. This is a civil action arising under the Patent laws of the United States (35 U.S.C. § 1 *et seq.*), for damages and injunctive relief as provided in Title 35 U.S.C. § 281 and §§ 283-285.

### THE PARTIES

2. Plaintiff American Medical Systems, Inc. ("AMS") is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 10700 Bren Road West, Minnetonka, Minnesota 55343.

3. Plaintiff Laserscope is a wholly owned subsidiary of AMS with a principal place of business at 3070 Orchard Drive, San Jose, California 95134.

4.     On information and belief, Defendant Biolitec, Inc. is a corporation organized and existing under the laws of the State of New Jersey with a principal place of business at 515 Shaker Road, East Longmeadow, Massachusetts 01028.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.     This Court has personal jurisdiction over Biolitec.

7.     Venue is proper within this District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

## BACKGROUND

8.     Plaintiffs are leading innovators in the development of minimally invasive treatment options for benign prostatic hyperplasia ("BPH"), more commonly referred to as an enlarged prostate.

9.     Plaintiffs are the owner of United States Patent No. 6,986,764 entitled "Method and System for Photoselective Vaporization of the Prostate, and Other Tissue" ("the 764 patent"), which duly and legally issued on January 17, 2006. The 764 patent is assigned to Laserscope. A true and correct copy of the 764 patent is attached as Exhibit A to this Complaint.

10.    Plaintiffs have the right to make, use, sell, and offer to sell the inventions of the 764 patent, and has the right to sue and to recover for past, present, and future infringement of the 764 patent.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 6,986,764

11.    The allegations of paragraphs 1-10 above are incorporated for this Count 1 as though fully set forth herein.

12. Biolitec has manufactured, used, sold, offered for sale, and/or imported into the United States products, including the Evolve SLV laser system, which infringe one or more claims of the 764 patent, either literally or under the doctrine of equivalents, either directly, contributorily, by inducement, or otherwise, in violation of 35 U.S.C. § 271.

13. Upon information and belief, Biolitec's infringement of the 764 patent has been willful and deliberate, rendering this an exceptional case under 35 U.S.C. § 285.

14. Biolitec's infringement of the 764 patent is ongoing and will continue unless restrained and enjoined by this Court.

15. As a result of the aforementioned actions of Biolitec, Plaintiffs have suffered and will continue to suffer damages and irreparable harm. Plaintiffs have no adequate remedy at law.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:

A.  For judgment that Biolitec has infringed the 764 patent;

B.  For judgment that Biolitec's infringement of the 764 patent is willful;

C.  For a preliminary and permanent injunction prohibiting Biolitec, its subsidiaries, divisions, affiliates, officers, directors, agents, servants, employees, attorneys, and all those persons acting in privity or in concert with them from infringing, contributing to the infringement of, and inducing infringement of the 764 patent;

D.  For an award to Plaintiffs of damages with interest for infringement of the 764 patent, and that the damages be trebled;

E.  For a declaration that this is an exceptional case 35 U.S.C. § 285, and an award to Plaintiffs of their costs, expenses, and attorneys fees; and

F.  Such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable in this Complaint.

Dated: June 13, 2007          By:  *[signature]*
                                   Dale A. Malone
                                   **Banner & Witcoff, Ltd.**
                                   28 State Street
                                   28th Floor
                                   Boston, Massachusetts 02109
                                   Telephone: (617) 720-9600
                                   Fax: (617) 720-9601
                                   dmalone@bannerwitcoff.com

OF COUNSEL:
Leland G. Hansen
Edward A. Mas
Ronald H. Spuhler
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Plaintiffs American Medical Systems, Inc. and Laserscope*