

MAP 3/31/11

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation,

(1) The Stipulation [D.I. # 100] and Order [D.I. # 101] are hereby vacated; and

(2) biolitec's Counterclaims [D.I. # 4], and AMS's Answer to biolitec's Counterclaims [D.I. # 7] are reinstated as operative pleadings, with no further motion, pleading or action required.

**IT IS SO ORDERED,**

Dated: March 31, 2011          /s/ Michael B. Ponsor

1

ME1 11350796v.1