IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN MEDICAL SYSTEMS, INC. and LASERSCOPE,<br><br>        Plaintiffs,<br><br>    v.<br><br>BIOLITEC, INC.,<br><br>        Defendant. | Civil Action No. 3:07-CV-30109-MAP |
| AMERICAN MEDICAL SYSTEMS, INC. and LASERSCOPE,<br><br>        Plaintiffs,<br><br>    v.<br><br>BIOLITEC, INC., BIOLITEC AG, CERAMOPTEC INDUSTRIES, INC., CERAMOPTEC GmbH, ANDAOPTEC, LTD., and BIOLITEC SIA,<br><br>        Defendants. | Civil Action No. 3:08-CV-30061-MAP |

*MAP 7·1·11*

## STIPULATION AND [~~PROPOSED~~] ORDER
## STAYING LITIGATION TO FACILITATE SETTLEMENT NEGOTIATIONS

Plaintiffs American Medical Systems, Inc. and Laserscope (collectively "AMS") and Defendants biolitec, Inc., *et al.* (collectively "biolitec") jointly submit this stipulation:

WHEREAS, biolitec has moved to modify the Pretrial Scheduling Order ("PSO") entered in Civil Action No. 3:07-CV-30109-MAP [Dkt. No. 117] to extend fact discovery;

1

WHEREAS, AMS has opposed biolitec's motion [Dkt. No. 118];

WHEREAS, AMS has filed a Motion to Preclude/Motion for Protective Order [Dkt. No. 119] seeking to limit the scope of permissible discovery and the defenses that biolitec may present in this action;

WHEREAS, biolitec opposes the relief sought in AMS's Motion to Preclude/Motion for a Protective Order, but biolitec has not yet filed its opposition;

WHEREAS, the parties jointly wish to pursue good faith settlement negotiations without incurring the substantial costs that would be incurred by further proceeding with fact discovery and additional motion practice;

WHEREAS, the parties have agreed to stay this litigation, maintain the status quo, and resolve the pending motions upon the terms set forth below; and

**IT IS HEREBY STIPULATED**, by and between the parties, and through their respective attorneys of record, subject to the approval of the Court that:

(1) biolitec's Motion to Modify the PSO [Dkt. No. 117] is withdrawn in view of the joint scheduling proposal set forth below;

(2) AMS's Motion to Preclude/Motion for Protective Order [Dkt. No. 119] is hereby withdrawn without prejudice, with leave to re-file at the expiration of the stay contemplated in paragraph (4) below;

(3) In the event that AMS re-files its Motion to Preclude/Motion for Protective Order, biolitec shall not oppose that motion based on any provision of this Order, and AMS shall not be deemed to have waived any objection, by stipulation to this Order, as to the timeliness or sufficiency of discovery disclosures or requests by biolitec;

2

(4) This litigation is stayed, including all discovery, until August 19, 2011, to allow the parties to explore settlement without incurring the substantial litigation expenses that would otherwise be incurred absent a stay;

(5) This stay is intended to maintain the *status quo* as of June 27, 2011, is sought by the parties jointly, and shall not be used or relied upon by or against any party for any purpose in the event this matter does not settle and the litigation is resumed; and

(6) In the event that this matter does not settle, at the expiration of the stay, this litigation shall resume upon the following schedule as set forth below:

| EVENT | CURRENT DATE | REVISED DATE |
|---|---|---|
| EXPIRATION OF STAY | N/A | August 19, 2011 |
| CLOSE OF FACT DISCOVERY | June 10, 2011 | October 14, 2011 |
| OPENING EXPERT REPORTS | July 2, 2011 | November 4, 2011 |
| REBUTTAL EXPERT REPORTS | July 15, 2011 | November 18, 2011 |
| EXPERT DEPOSITIONS COMPLETE | September 16, 2011 | February 3, 2012 |
| SUMMARY JUDGMENT BRIEFS | October 24, 2011 | February 24, 2012 |
| OPPOSITION SUMMARY JUDGMENT BRIEFS | November 14, 2011 | March 16, 2012 |
| REPLY TO SUMMARY JUDGMENT BRIEFS | November 21, 2011 | March 30, 2012 |
| SUMMARY JUDGMENT HEARING | November 29, 2011 | To be determined by the Court |

3

In view of the foregoing, the parties respectfully request that the Court enter the Order in the form submitted herewith.

Respectfully submitted,

Dated: June 30, 2011

/s/ Leland G. Hansen

---

Leland G. Hansen
Scott P. McBride
**McAndrews, Held & Malloy, Ltd.**
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Plaintiffs*

Dated: June 30, 2011

/s/ Mark D. Giarratana

---

Mark D. Giarratana
Eric E. Grondahl
**McCarter & English**
CityPlace 1
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
Facsimile: (860) 724-3397

*Attorneys for Defendants*

**IT IS SO ORDERED,**

Dated: July 1, 2011

/s/ Michael A. Ponsor
Honorable Michael A. Ponsor
United States District Judge

ME1 11928798v.2